U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 01 2010

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| ABF FREIGHT SYSTEM, INC. | PLAINTIFF |
| vs. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, TEAMSTERS LOCAL UNION 373, TEAMSTERS LOCAL UNION 878, AS AND FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF TEAMSTERS LOCAL UNIONS THAT ARE PARTIES TO THE NATIONAL MASTER FREIGHT AGREEMENT, YRC INC., NEW PENN MOTOR EXPRESS, INC., USF HOLLAND, INC. and TRUCKING MANAGEMENT, INC. | CASE NO. 5:10-CV-5209<br><br><br><br><br><br><br><br><br><br>DEFENDANTS |

### PLAINTIFF ABF FREIGHT SYSTEM, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ABF Freight System, Inc. files its Corporate Disclosure Statement as follows:

1) The parent corporation of ABF Freight System, Inc. is Arkansas Best Corporation.

2) Arkansas Best Corporation is a publicly held corporation that owns 10% or more of the stock of ABF Freight System, Inc.

Dated: Fayetteville, Arkansas
November 1, 2010

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Robert F. Millman

2

        Robert C. Long
        Gerald T. Hathaway
        R. Scott Summers

One Steele Plaza
3739 Steele Boulevard
Suite 300
Fayetteville, AR 72703
Telephone: 479-582-6100

*Attorneys for Plaintiff ABF Freight System, Inc.*

Firmwide:98350095.1 058852.1004