U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 01 2010

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| ABF FREIGHT SYSTEM, INC. | PLAINTIFF |
| vs. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, TEAMSTERS LOCAL UNION 373, TEAMSTERS LOCAL UNION 878, AS AND FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF TEAMSTERS LOCAL UNIONS THAT ARE PARTIES TO THE NATIONAL MASTER FREIGHT AGREEMENT, YRC INC., NEW PENN MOTOR EXPRESS, INC., USF HOLLAND, INC. and TRUCKING MANAGEMENT, INC. | CASE NO. 5:10-CV-5209<br><br><br><br><br><br><br><br><br><br>DEFENDANTS |

## PLAINTIFF ABF FREIGHT SYSTEM, INC.'S MOTION FOR AN ORDER APPOINTING NEUTRAL TRIBUNAL

Plaintiff, ABF FREIGHT SYSTEM, INC. ("Plaintiff" or "ABF"), by and through its attorneys and pursuant to Section 301 of the Labor Management Relations Act, as amended ("LMRA"), 29 U.S.C. § 185, hereby files its Motion for an Order Appointing Neutral Tribunal. In support of this Motion, Plaintiff states:

1. Plaintiff filed a two-count complaint against the above named Defendants.

2. In Count I, Plaintiff alleges that Defendants violated the 2008-2013 National Master Freight Agreement ("NMFA") by granting substantial economic financial concessions to some, but not all, employers bound by the 2008-2013 NMFA.

3. Plaintiff alleges that pursuant to the 2008-2013 NMFA, Plaintiff filed a grievance against Defendants.

4. Plaintiff alleges that the appropriate parties to hear and decide the grievance — the National Grievance Committee and the National Review Committee — do not have the capacity to do so under their own applicable Rules of Procedure.

5. The pleadings demonstrate that this Court should appoint a third party neutral tribunal to hear and determine ABF's grievance.

6. The facts, arguments and authorities in support of this Motion are fully set forth in Plaintiff's Brief in Support of Plaintiff's Motion for an Order Appointing Neutral Tribunal, and the Declaration of David Evans and the Exhibits attached thereto, which are hereby incorporated by reference and which will be filed simultaneously with Plaintiff's Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion for an Order Appointing Neutral Tribunal, and more specifically:

1. Entry of an order declaring the National Grievance Committee as not having capacity to hear and decide the grievance of ABF Freight System, Inc.;

2. Entry of an order declaring the National Review Committee as not having capacity to hear and decide the grievance of ABF Freight System, Inc.;

3. Entry of an order appointing a third party neutral tribunal to hear and determine the grievance of ABF Freight System, Inc.; and

4. Entry of an order granting such further relief as the Court deems just and proper.

Dated: Fayetteville, Arkansas
November 1, 2010

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Robert F. Millman

- 3 -

                        Robert C. Long
                        Gerald T. Hathaway
                        R. Scott Summers

One Steele Plaza
3739 Steele Boulevard
Suite 300
Fayetteville, AR 72703
Telephone: 479-582-6100

*Attorneys for Plaintiff ABF Freight System, Inc.*

Firmwide:98351131.1 058852.1004