IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ABF FREIGHT SYSTEM, INC.                                                       PLAINTIFF

vs.

INTERNATIONAL BROTHERHOOD OF         Case No. 2:10-CV-02165-JLH
TEAMSTERS, TEAMSTERS NATIONAL
FREIGHT INDUSTRY NEGOTIATING
COMMITTEE, TEAMSTERS LOCAL
UNION 373, TEAMSTERS LOCAL UNION
878, AS AND FOR THEMSELVES AND AS
REPRESENTATIVES OF A CLASS OF
TEAMSTERS LOCAL UNIONS THAT ARE
PARTIES TO THE NATIONAL MASTER
FREIGHT AGREEMENT, YRC INC., NEW
PENN MOTOR EXPRESS, INC., USF
HOLLAND, INC. and TRUCKING
MANAGEMENT, INC.                                          DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF WASHINGTON

R. Scott Summers, attorney for plaintiff, hereby states as follows:

1. On November 1, 2010, a lawsuit was commenced against the above listed defendants in the United States District Court for the Western District of Arkansas, Fort Smith Division.

2. On November 1, 2010, a copy of the summons, complaint, corporate disclosure, motion, brief and declaration, were mailed to YRC Inc., c/o The Corporation Company, 124 W. Capitol, Suite 1900, Little Rock, Arkansas 72201. A copy of said letter is attached hereto as Exhibit "A".

3.      On November 3, 2010, defendant YRC Inc. received the documents referenced in paragraph two herein as indicated by the return receipt as signed for by its registered agent. A copy of said return receipt is attached hereto as Exhibit "B".

I, R. Scott Summers, have read the above and foregoing statements, and affirm that they are true and correct to the best of my knowledge and belief.

_____
R. Scott Summers

Sworn to before me and subscribed in my presence this 5th day of November, 2010.

_____
Notary Public

My Commission Expires: