

Littler Mendelson, P.C.
One Steele Plaza
3739 Steele Boulevard
Suite 300
Fayetteville, AR 72703

November 1, 2010

R. Scott Summers
479.582.6101 direct
479.582.6100 main
479.582.6111 fax
ssummers@littler.com

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

YRC Inc.
c/o The Corporation Company
124 W. Capitol Avenue, Suite 1900
Little Rock, AR 72201

Re:   <u>ABF v. IBT, et al.</u>

To Whom It May Concern:

Enclosed please find a Summons, Complaint, and Motion being served on you by certified mail, return receipt requested, pursuant to Arkansas law. Please note that you have twenty-one (21) days within which to respond.

Sincerely,

R. Scott Summers

Enclosures

Firmwide:98351155.1 058852.1004

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: YRC Inc.
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions



EXHIBIT A