| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tania Maltby_  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) TANIA MALTBY   C. Date of Delivery 11/3/10 |
| 1. Article Addressed to:<br><br>YRC Inc.<br>C/o The Corporation Co.<br>124 W Capitol #1900<br>Little Rock, AR 72201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 0500 0000 1639 5899 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



EXHIBIT
B