IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ABF Freight System, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:10-cv-02165-JLH |
| | ) | |
| International Brotherhood of | ) | |
| Teamsters, et al | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Comes now Robert L. Jones, III, of the law firm of Conner & Winters, LLP, and

enters his appearance on behalf of the Plaintiff, ABF Freight System, Inc.

/s/ Robert L. Jones, III
Robert L. Jones, III (69041)
CONNER & WINTERS, LLP
211 East Dickson
Fayetteville, AR  72701
479-582-5711 (telephone)
479-587-1426 (facsimile)
bjones@cwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __12th__ day of November, 2010, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Arkansas, Western District. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Robert L. Jones, III
Robert L. Jones, III