# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| ABF FREIGHT SYSTEM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 2:10-CV-2165 JLH |
| INTERNATIONAL BROTHERHOOD | ) |
| OF TEAMSTERS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendants YRC, Inc., New Penn Motor Express, Inc., and USF Holland, Inc. (together, "YRC"), hereby respectfully move the Court to dismiss this lawsuit for lack of subject matter jurisdiction. Plaintiff ABF Freight System lacks standing to bring a lawsuit under the labor agreement between YRC and the International Brotherhood of Teamsters because Plaintiff is not a party to that agreement. The grounds in support of this motion are articulated more fully in the accompanying memorandum.

Dated: November 16, 2010

Respectfully submitted,

*[signature: Nicholas H. Patton]*

Nicholas H. Patton
AR Bar No. 63035
PATTON, TIDWELL & SCHROEDER LLP
4605 Texas Blvd. – P.O. Box 5398
Texarkana, Texas 75503
(903) 792-7080
(903) 792-8233 (fax)

*Counsel for YRC, Inc., New Penn Motor Express, Inc., and USF Holland, Inc.*

Of Counsel:

John F. Hartmann, P.C.
Joshua Z. Rabinovitz
Wendy Netter Epstein
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654

John S. Irving
Edward Holzwanger
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2010, I electronically filed the foregoing with the Clerk of the court using the CM/ECF System which will send notification of such filing to the following:

COUNSEL FOR PLAINTIFF ABF FREIGHT SYSTEM, INC.:

Robert L. Jones III
CONNER & WINTERS
211 East Dickson Street
Fayetteville, AR 72701
bjones@cwlaw.com

Robert Millman
LITTLER MENDELSON PC
2049 Century Park East – Suite 500
Los Angeles, CA 90067
rmillman@littler.com

Gerald Hathaway
LITTLER MENDELSON PC
900 Third Avenue – 8th Floor
New York, NY 10022
ghathaway@littler.com

R. Scott Summers
LITTLER MENDELSON PC
3739 N. Steele Blvd. – Suite 300
Fayetteville, aR 72703
vdisney@littler.com

Robert Long
LITTLER MENDELSON PC
21 E. State Street – Suite 1600
Columbus, OH 43215
rlong@littler.com

COUNSEL FOR DEFENDANTS INTERNATIONAL BROTHERHOOD OF TEAMSTERS; TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE; TEAMSTERS LOCAL UNION 373 and TEAMSTERS LOCAL UNION 878:

Samuel Morris
GODWIN, MORRIS, LAURENZI
 BLOOMFILED, PC
50 N. Front Street – Suite 800
Memphis, TN 38103
smorris@gmlblaw.com

Melva Harmon
MELVA HARMON ATTORNEY AT LAW
111 Center Street
Suite 1200
Little Rock, AR 72201
melvaharmon@sbcglobal.net

_____
Nicholas H. Patton