# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| ABF FREIGHT SYSTEM, INC., )<br> )<br>                Plaintiff, )<br>  v.                       )<br> )<br>INTERNATIONAL BROTHERHOOD )<br>OF TEAMSTERS, et al., )<br> )<br>               Defendants. )  | No. 2:10-CV-2165 JLH |

## YRC'S MOTION FOR EXPEDITED RESOLUTION OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.2(b), defendants YRC, Inc., New Penn Motor Express, Inc., and USF Holland, Inc. (together, "YRC"), hereby respectfully move the Court to enter an order expediting the briefing of their motion to dismiss, filed today. Specifically, YRC requests that the Court set the following briefing schedule: (1) By November 24, 2010, Plaintiff must file its response to the motion to dismiss; (2) By December 3, 2010, YRC must file its reply in support of its motion to dismiss. The grounds for this motion are articulated more fully in the accompanying memorandum.

Dated: November 16, 2010

    Respectfully submitted,

    */s/ Nicholas H. Patton*

    Nicholas H. Patton
    AR Bar No. 63035
    PATTON, TIDWELL & SCHROEDER LLP
    4605 Texas Blvd. – P.O. Box 5398
    Texarkana, Texas 75503
    (903) 792-7080
    (903) 792-8233 (fax)

Of Counsel:

John F. Hartmann, P.C.
Joshua Z. Rabinovitz
Wendy Netter Epstein
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654

    *Counsel for YRC, Inc., New Penn Motor Express, Inc., and USF Holland, Inc.*

John S. Irving
Edward Holzwanger
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2010, I electronically filed the foregoing with the Clerk of the court using the CM/ECF System which will send notification of such filing to the following:

COUNSEL FOR PLAINTIFF ABF FREIGHT SYSTEM, INC.:

Robert L. Jones III
CONNER & WINTERS
211 East Dickson Street
Fayetteville, AR 72701
bjones@cwlaw.com

Robert Millman
LITTLER MENDELSON PC
2049 Century Park East – Suite 500
Los Angeles, CA 90067
rmillman@littler.com

Gerald Hathaway
LITTLER MENDELSON PC
900 Third Avenue – 8th Floor
New York, NY 10022
ghathaway@littler.com

R. Scott Summers
LITTLER MENDELSON PC
3739 N. Steele Blvd. – Suite 300
Fayetteville, aR 72703
vdisney@littler.com

Robert Long
LITTLER MENDELSON PC
21 E. State Street – Suite 1600
Columbus, OH 43215
rlong@littler.com

COUNSEL FOR DEFENDANTS INTERNATIONAL BROTHERHOOD OF TEAMSTERS; TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE; TEAMSTERS LOCAL UNION 373 and TEAMSTERS LOCAL UNION 878:

Samuel Morris
GODWIN, MORRIS, LAURENZI
  BLOOMFILED, PC
50 N. Front Street – Suite 800
Memphis, TN 38103
smorris@gmlblaw.com

Melva Harmon
MELVA HARMON ATTORNEY AT LAW
111 Center Street
Suite 1200
Little Rock, AR 72201
melvaharmon@sbcglobal.net

_____
Nicholas H. Patton