UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

ABF FREIGHT SYSTEM, INC.,

    Plaintiff,

v.

Case No. 2:10-cv-02165

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, TEAMSTERS NATIONAL
FREIGHT INDUSTRY NEGOTIATING
COMMITTEE, TEAMSTERS LOCAL UNION
373, TEAMSTERS LOCAL UNION 878, AS
AND FOR THEMSELVES AND AS
REPRESENTATIVES OF A CLASS OF
TEAMSTERS LOCAL UNIONS THAT ARE
PARTIES TO THE NATIONAL MASTER
FREIGHT AGREEMENT, YRC, INC., NEW
PENN MOTOR EXPRESS, INC., USF
HOLLAND, INC. and TRUCKING
MANAGEMENT, INC.,

    Defendants.

NOTICE OF REQUEST FOR HEARING OF
DEFENDANT UNIONS' MOTION TO DISMISS

    COME NOW Defendants, International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, Teamsters Local Union 373, and Teamsters Local Union 878, for themselves and as representatives of a putative class of Teamsters local unions that are parties to the National Master Freight Agreement (hereinafter collectively referred to as "Union Defendants"), by and through undersigned counsel of record, and pursuant to the Order of this Court of December 3, 2010 respectfully submit their request to have the Motion to Dismiss of the Union Defendants heard at the same time as the Motion to Dismiss of the YRCW Defendants.

Union Defendants filed their Motion to Dismiss (Docket Entry No. 51) on November 23, 2010. Prior to that, the YRCW Defendants filed a Motion to Dismiss (Docket Entry No. 25) on November 16, 2010. Subsequently, this Court entered an Order on December 2, 2010 (Docket Entry No. 64) ordering a hearing on the YRCW Defendant's Motion to Dismiss (Docket Entry No. 25); and on December 3, 2010 entered an Order setting the hearing for December 16, 2010 (Docket Entry No. 66) and an order directing that the other defendants notify the Court if they wish to be heard at the December 16, 2010 hearing. (Docket Entry No. 67).

WHEREFORE, pursuant to this Court's December 3, 2010 order, Union Defendants respectfully request this Court to set their Motion to Dismiss for Hearing on December 16, 2010, at the same time as the Motion to Dismiss of the YRCW Defendants.

                                  Respectfully submitted,

                                   s/ Samuel Morris
                                  SAMUEL MORRIS (TN BPR# 12506)
                                  GODWIN, MORRIS, LAURENZI &
                                      BLOOMFIELD, P.C.
                                  50 North Front Street, Suite 800
                                  Memphis, TN 38103
                                  Tel: 901.528.1702
                                  Fax: 901.528.0246
                                  Email: smorris@gmlblaw.com

                                  MELVA HARMON (AR Bar # 76067)
                                  111 Center St # 1200
                                  Little Rock, AR 72201-4414
                                  Tel: 501.372.1133
                                  Email: melvaharmon@sbcglobal.net

                                  ATTORNEYS FOR DEFENDANT UNIONS

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Robert Frederick Millman
Littler Mendelson PC
2049 Century Park East Suite 500
Los Angeles, CA 90067
310-772-7206
Fax: 310-553-8720
Email: rmillman@littler.com

Gerald T. Hathaway
Littler Mendelson PC
900 Third Avenue
8th Floor
New York, NY 10022
212 583-2684
Email: ghathaway@littler.com

R. Scott Summers
Littler Mendelson, P.C.
3739 N. Steele Blvd.
Suite 300
Fayetteville, AR 72703
(479) 582-6100
Fax: (479) 582-6111
Email:vdisney@littler.com

Robert Charles Long
Littler Mendelson
21 E. State Street
Suite 1600
Columbus, OH 43215
(614) 463-4201
Fax: (614) 573-9742
Email: rlong@littler.com

Robert L. Jones, III
Amber Prince
John M. Scott
Kerri E. Kobbeman
Conner & Winters
211 East Dickson Street
Fayetteville, AR 72701

479-582-5711
Email: bjones@cwlaw.com

*ATTORNEYS FOR PLAINTIFF*

Joshua Z. Rabinovitz
John Hartman
Wendy Epstein
Kirkland & Ellis LLP
300 N. LaSalle Street, Chicago, IL 60654
Tel: 312-862-2284
Fax: 312-861-2200
joshua.rabinovitz@kirkland.com

Nicholas H. Patton
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
Fax: (903) 792-8233
Email: nickpatton@texarkanalaw.com

*ATTORNEYS FOR DEFENDANT YRC*

Joel D. Johnson
Warner, Smith & Harris, PLC
P. O. Box 1626
400 Rogers Avenue
Fort Smith, AR 72902
479/782-6041
Fax: 782-0841
Email: jjohnson@warnersmith.com


*ATTORNEYS FOR DEFENDANT TMI*

and I hereby certify that there are no non-CM/ECF participants requiring service by alternate methods.

                                                            s/ Samuel Morris