IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORTH SMITH DIVISION

| | | |
|---|---|---|
| ABF FREIGHT SYSTEM, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 2:10CV02165   SWW |
| | * | |
| INTERNATIONAL BROTHERHOOD | * | |
| OF TEAMSTERS, ET AL. | * | |
| | * | |
| Defendants | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE