IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ABF FREIGHT SYSTEM, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 2:10CV02165  SWW |
| INTERNATIONAL BROTHERHOOD | * | |
| OF TEAMSTERS, ET AL. | * | |
| | * | |
| Defendants | | |

## ORDER

Before the Court is a joint motion to approve the following proposed schedule:

(1) Plaintiff will file a motion for leave to amend the complaint no later than August 26, 2011.

(2) Plaintiff will provide Defendants a copy of the proposed amended complaint by August 17, 2011, and Defendants will promptly (but in no event later than August 23, 2011) communicate to Plaintiff whether they will consent to the motion to amend. In the event that any Defendant opposes Plaintiff's motion to amend, briefing will be submitted pursuant to Local Rule 7.2, unless otherwise directed by the Court.

(3) The time for Defendants' answer or response to the original complaint is tolled until the Court rules on Plaintiff's motion for leave to amend.

(4) In the event that Plaintiff's motion to amend is granted, Defendants will have up to and including thirty (30) days after filing of the amended complaint in which to answer or respond, and Defendants shall not be required to respond to the original complaint.

Without objection, the joint motion (docket entry #93) is GRANTED. The Court hereby adopts the schedule set forth above.

IT IS SO ORDERED THIS 15TH  DAY OF AUGUST, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE